# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01060-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.205.145.156,

    Defendant.

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.205.145.156 are voluntarily dismissed with prejudice.

Dated: September 24, 2024

Respectfully submitted,

By: */s/ Jessica Fernandez*
Jessica Fernandez
Associate In-House Counsel
General Media Systems, LLC
11239 Ventura Blvd
Suite #103 Box 717
Studio City, CA 91604
Phone: 818-253-1453
Fax: 323-872-0022
Jessica@Strike3Holdings.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.